JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| GROVE LUMBER & BUILDING SUPPLY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARGONAUT INSURANCE COMPANY, ) <br> ) <br> Defendants. ) | SA CV 07-1396 AHS(RNBx) <br><br> ORDER DISMISSING ACTION <br> WITHOUT PREJUDICE |

On July 7, 2008, the Court issued Findings of Fact and Conclusions of Law In Support of Granting Argonaut's Motion to Stay and Denying Grove's Motion to Remand, Orders Granting Stay and Denying Remand. Therein the Court directed the parties to file a joint report regarding the status of the New York proceeding within 90 days of that Order. To date, a joint report has not been filed.

Accordingly, the Court hereby dismisses the action without prejudice for lack of prosecution.

Dated: December 22, 2008.

**ALICEMARIE H. STOTLER**
ALICEMARIE H. STOTLER
CHIEF UNITED STATES DISTRICT JUDGE